IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| CATHERINE EVANS, as Personal Representative of the Estate of Jarvis Johnmichael Evans, | ) Case No. 5:23-cv-04911-SAL-KDW )  )  ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| LAURENS COUNTY SHERIFF'S OFFICE, DILLON MILLER, JARED ARMSTRONG, GERARD HILDEBRANDT, BRADY COX, CHRISTOPHER SORRELLS, and DARRIN BOYD, | ) **PROOF OF SERVICE** )  )  )  )  )  ) |
| Defendants. | ) ) |

This is to certify that on October 23, 2023, Plaintiff's Summons and Complaint, along with Plaintiff's Answers to LR 26.01 Interrogatories, were served on Defendant, Gerard Hildebrandt via Process Server at 406 N. Shirley Avenue, Honea Path, South Carolina 29654, as is evidenced by the signed Affidavit of Service attached hereto as **Exhibit A**.

THE PEPER LAW FIRM, PA

s/ *Mark A. Peper*

Mark A. Peper, Esq. #72624
Brenna D. Wiles, Esq. #103501
548 Savannah Highway
Charleston, South Carolina 29407
Phone: (843) 225-2520
Facsimile: (843) 225-2554
mark@peperlawfirm.com

*COUNSEL FOR PLAINTIFF*

October 24, 2023