# Exhibit A

*Signed Affidavit of Service*

| | | |
|---|---|---|
| CATHERINE EVANS, as Personal Representative of the Estate of Jarvis Johnmichael Evans, | ) ) ) | AFFIDAVIT OF SERVICE |
| Plaintiffs, | ) | |
| vs. | ) | |
| Laurens County Sheriff's Office, Dillon Miller, Jared Armstrong, Gerard Hildebrandt, Brandy Cox, Christopher Sorrells and Darrin Boyd | ) ) ) | |
| Defendant. | ) | DocketNo. 5:23-CV-4911-SAL-KDW |

I, Personally appeared before me, the affiant, who being duly sworn, states that (☐he/☒ she) served the Gerard Hildebrandt with the following documents: Summon & Compliant Plaintiff's Answers to LR 26.01 Interrogatories in the above-referenced matter.

Service was completed in the following manner:

☒ Personally served Gerard Hildebrandt by handing all documents to him at 12:10PM on October 23, 2023

☒ Personally served Gerard Hildebrandt of 406 N Shirly Avenue. Honea Path, SC 29654

☐ Unable to locate and serve after diligent efforts to do so. The process is returned unexecuted. The following service attempts were made: 3.

Affiant is not a party to this action, is not less than eighteen (18) years of age and has no interest in or connection to this action.

Sworn to before me this
23th day of October 2023

_Megein Wmalan_
Notary Public of South Carolina

_H. Alden Wheeler_
H. Alden Wheeler

My Commission expires: 11/17/2032