IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| CATHERINE EVANS, as Personal Representative of the Estate of Jarvis Johnmichael Evans,<br><br>Plaintiff,<br><br>vs.<br><br>LAURENS COUNTY SHERIFF'S OFFICE, DILLON MILLER, JARED ARMSTRONG, GERARD HILDEBRANDT, BRADY COX, CHRISTOPHER SORRELLS, and DARRIN BOYD,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 5:23-cv-04911-SAL-KDW<br><br><br><br><br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiff, by and through her undersigned counsel and with the consent of all named Defendants, hereby stipulates to the dismissal of all claims against the Defendants in this matter with prejudice.

s/ Mark A. Peper
Mark A. Peper
Brenna D. Wiles
THE PEPER LAW FIRM, P.A.
548 Savannah Highway
Charleston, SC 29407
mark@peperlawfirm.com
brenna@peperlawfirm.com

*Counsel for Plaintiff*

Dated: December 14, 2023

s/ Russell W. Harter Jr.
Russell W. Harter Jr.
Chapman Harter, P.A.
Post Office Box 10224
Greenville, South Carolina 29603
rwhjr@chhlaw.net

*Counsel for Laurens County Sheriff's Office, Dillon Miller, Jared Armstrong, Brady Cox, Christopher Sorrells, and Darrin Boyd*

s/ David L. Morrison
David L. Morrison
MORRISON LAW FIRM, LLC
7453 Irmo Drive, Suite B
Columbia, South Carolina 29212
david@dmorrison-law.com

*Counsel for Gerard Hildebrandt*